Giuseppe Gaudenzi v. Theodore A. Liebler.— Motion for stay granted.

Walter Althause v. Giroux Consolidated Mines Company.  (3 cases.) Walter Althause v. Guy E. Giroux.  (3 cases.)— Motions denied, with ten dollars costs of one motion.

Abraham H. Barashick v. Leo Ritter.— Motion denied, with ten dollars costs.

John Ewen v. Elizabeth M. F. Hoefer.— Motion granted.

In the Matter of The City of New York to Acquire Title, etc.— Reference ordered to take proof of the facts alleged in the petition.  Order to be settled on notice.

In the Matter of Garrett Kirby.— Motion so far granted as to allow respondent to serve answer, in which event reference will be ordered to official referee; disbarment order to stand until the final report of the referee.  Order to be settled on notice.

Alexander Doyle v. Hamilton Fish Company.— Motion denied, with ten dollars costs.

Contractors' Supply Company v. The City of New York.— Motion denied, with ten dollars costs.

Isidore Frascone v. William B. Lauderbach.— Motion denied, with ten dollars costs.

The People of the State of New York v. Irwin Untermyer.— Motion denied.

Ignatz Schmitt, Respondent, v. Kathinka M. Stoss (Formerly Simon), Appellant.—Judgment affirmed, with costs.  No opinion.

Parsons Dyeing and Cleaning Company, Appellant, v. Adolph Erdman, Respondent.— Judgment and order affirmed, with costs.  No opinion.

Hudson Woodworking Company, Respondent, v. William Schlichter, Appellant, Impleaded with Joseph Spearing, Doing Business as James J. Spearing & Son, and Others, Respondents.— Judgment affirmed, with costs.  No opinion.

Minnie Lowe, Respondent, v. The City of New York, Appellant.— Order affirmed, with costs.  No opinion.

Morris Goldman, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with costs.  No opinion.

Nora O'Neill, as Administratrix, etc., of John O'Neill, Deceased, Appellant, v. Kraftmeyer & Neuberger, a Copartnership, and Others, Impleaded with Bernheimer & Schwartz Pilsener Brewing Company and Charles Zoller Company, Respondents.— Judgment affirmed, with costs.  No opinion.

Thomas W. Butts, Appellant, v. Marie Julie Collins Carey, Individually and as Executrix, etc., of Marie Julie Elizabeth Collins, Deceased, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion.

Henry Phipps Estates, Respondent, v. Tong Phong and Others, Appellants.— Judgment and order affirmed, with costs.  No opinion.

Louis Gintel, Respondent, v. Frank L. Whitson, Appellant, Impleaded with Oscar Schweichel.— Judgment and order affirmed, with costs.  No opinion.